No. 11–0280/AR.  U.S. v. Douglas K. Winckelmann.  CCA 20070243.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review is hereby granted, *up to and including December 5, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0148/AR.  U.S. v. James O. Morris.  CCA 20081169.  Appellant's motion to extend time to file the supplement to the petition for grant of review is hereby granted to December 10, 2012.

No. 13–0044/AF.  U.S. v. Amy R. Shook.  CCA 37593.  On consideration of Appellant's motion for leave to file the supplement to the petition for grant of review exceeding 9,000 words, said motion is hereby denied.  Appellee's motion for leave to

file a response to Appellant's reply to Appellee's opposition to said motion, is hereby denied. Appellant will file a supplement to the petition for grant of review that complies with Rule 21(b) on or before December 6, 2012.

No. 13–0100/AR. U.S. v. Mathew J. Williamson. CCA 20100828. Appellant's motion to extend time to file the supplement to the petition for grant of review is hereby granted to December 10, 2012.

No. 13–0122/AR. U.S. v. Michael S. Spiess. CCA 20100229. Appellant's motion to extend time to file the supplement to the petition for grant of review is hereby granted to December 10, 2012.

Misc. No. 13–8014/NA. U.S. v. Rene Trujillo. Notice is hereby given that a motion for an extension of time to take appeal was filed by Appellant on November 7, 2012, and placed on the docket this date. On consideration thereof, it is ordered that said motion is hereby denied.

No. 12–0336/AR. U.S. v. Christopher L. Covington. CCA 20090877. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including December 11, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0616/AR. U.S. v. Timothy E. Bennitt. CCA 20100172. Appellant's motion to extend time to file a reply brief granted, *up to and including December 3, 2012*,